UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH F. OLIVARES,

    Plaintiff,

v.                                                    Case No. 15-11630

ANN ARBOR HOUSING COMMISSION,          HON. AVERN COHN
TAYLOR HOUSING COMMISSION,
and JOHN CARTER,

    Defendants.

_____/

## **ORDER DENYING PLAINTIFF'S MOTION TO TRANSFER (Doc. 4)**

I.

Plaintiff Joseph F. Olivares proceeding pro se, filed a complaint in state court claiming a violation of his civil rights under 42 U.S.C. § 1983.  Defendants removed the case to federal court on the basis of federal question jurisdiction.  As best as can be gleaned from the complaint, plaintiff is a tenant at an Ann Arbor apartment using a Section 8 voucher issued by the Ann Arbor Housing Commission.  He takes issue with inspections performed at his apartment, claiming they violate his due process rights.

Before the Court is plaintiff's motion to transfer.  (Doc. 4).  Plaintiff asks that this case be transferred to another judge in this district who has a case involving similar issues, Olivares v. Beth Yaroch and Jennifer Hall, 13-12982.  In other words, plaintiff says the cases are companion.  Defendants filed a response, Doc. 5, contending that the cases are not similar and therefore a transfer is not warranted.

Plaintiff's motion is DENIED.  First, reassignment of similar or companion cases

is governed by E.D. Mich. LR 83.11(b)(7).  Local Rule 83.11 provides that the judges, not parties, determine whether cases are companion and does not contemplate a party filing a motion such as the motion plaintiff filed.  Second, a review of the complaints in each case shows that they do not meet the requirements of companion cases.

  SO ORDERED.


                S/Avern Cohn
                AVERN COHN
Dated:  June 19, 2015       UNITED STATES DISTRICT JUDGE
   Detroit, Michigan